UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60739-CIV-SMITH

RAFAEL MILIAN,

    Petitioner,

v.

MICHELLE KING,[1] *Commissioner of Social Security Administration*,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Cross-Motions for Summary Judgment [DE 26] and Plaintiff's Objections [DE 27]. Defendant filed a response to the Plaintiff's Objections [DE 28]. In her thorough and well-reasoned Report and Recommendation [DE 26], Magistrate Judge Reid recommends that Plaintiff's Motion for Summary Judgment [DE 21] be denied, that Defendant's Motion for Summary Judgment [DE 22] be granted, and that the Administrative Law Judge's Decision be affirmed.

The Court has considered Judge Reid's Report and Recommendation, the Parties' objections thereto, and conducted a de novo review. Accordingly, it is

**ORDERED** that:

1. Judge Reid's Report and Recommendation [DE 26] is **AFFIRMED** and **ADOPTED** as the Order of this Court.

---

[1] Michelle King became the Commissioner of Social Security on January 21, 2025.

2. Plaintiff's Motion for Summary Judgment [DE 21] is **DENIED**.

3. Defendant's Motion for Summary Judgment [DE 22] is **GRANTED**.

4. Plaintiff's Objections [DE 27] are **OVERRULED**.

5. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 28th day of February 2025.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record